UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE WEAVER,<br><br>    Plaintiff,<br><br>  v.<br><br>MESA UNDERWRITERS SPECIALTY INS. CO., et al.,<br><br>    Defendants. | No. 2:20-cv-02543-MCE-DMC<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the parties (Stipulation of Dismissal, ECF No. 13), Defendant SELECTIVE INSURANCE COMPANY OF AMERICA, is hereby **DISMISSED WITHOUT PREJUDICE** and without costs or fees to either party. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: February 25, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE