1   JAMES MILLS, SBN 203783
    LAW OFFICES OF JAMES MILLS
2   1300 Clay Street, Suite 600
    Oakland, California 94612
3   Telephone:    (510) 521-8748
    Facsimile:    (510) 277-1413
4   james@jamesmillslaw.com

5   CLINTON L. TAPPER (*pro hac vice* motion forthcoming)
    TAPPER LAW FIRM LLC
6   474 Willamette St., Ste 306
    Eugene, OR 97401
7   Telephone:    (485) 201-7828
    Facsimile:    (485) 201-7636
8   clinton@tapper-law.com

9   Attorneys for Plaintiff
    Anne Weaver

10

11                 **UNITED STATES DISTRICT COURT**

12                 **EASTERN DISTRICT OF CALIFORNIA**

13

14  ANNE WEAVER,                          **Case No.: 2:20-CV-02543-MCE-DMC**

15              Plaintiff,                 **STIPULATION OF DISMISSAL WITH
                                           PREJUDICE AND ORDER**
16
                                          Hon. Morrison C. England, Jr.
17  v.

18  MESA UNDERWRITERS SPECIALTY
    INSURANCE COMPANY, SELECTIVE
19  INSURANCE COMPANY OF AMERICA,
    and DOES 1 to 10, inclusive,
20

21              Defendants.

22

23

24          COMES NOW Plaintiff Anne Weaver, by and through her attorneys of record, and

25  Defendant Music Underwriters Specialty Insurance Company, by and through its attorneys of

26  record, notify the Court that the parties have settled this matter. Therefore, and pursuant to Rule

27  41(a)(1)(A)(ii), the parties stipulate and agree that all claims asserted, or that could have been

28  asserted, by the parties in the above-entitled action may be and hereby are dismissed with

prejudice, without costs or disbursements to any party, and that a judgment of dismissal with

prejudice may be entered in the above-captioned action pursuant to this stipulation of dismissal

with prejudice.  Each party to bear its own costs and attorney fees.

WHEREFORE the parties pray for an Order from the Court dismissing this case with

prejudice and retaining jurisdiction over enforcement of the settlement.


Dated: January 27, 2022                    GORDON REES SCULLY MANSUKHANI, LLP
                                           By:  /s/ Asim K. Desai
                                           Asim K. Desai
                                           John S. Na
                                           Attorneys for Defendants
                                           MESA UNDERWRITERS SPECIALTY
                                           INSURANCE COMPANY


Dated: January 27, 2022                    TAPPER LAW FIRM
                                           By: /s/ Clinton Tapper
                                           Clinton Tapper
                                           Attorneys for Plaintiff
                                           Anne Weaver

Dated: January 27, 2022                    LAW OFFICE OF JAMES MILLS
                                           By: /s/ James Mills
                                           James Mills
                                           Attorneys for Plaintiff
                                           Anne Weaver

1

## <u>ORDER</u>

2       Pursuant to the stipulation, the case is hereby **DISMISSED WITH PREJUDICE** and

3   without costs or fees to either party.  The Clerk of Court is directed to close the case.

4       IT IS SO ORDERED.

5   Dated:  February 3, 2022

6

7   MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28